PROB 12B
ED/AR (8/2002)

# United States District Court

### for the

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 5 2009

JAMES W. McCORMACK, CLERK

DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Kimbal Combs   Case Number: 4:04CR00021-01 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense:   Mailing child pornography

Date of Sentence:   October 6, 2004

Sentence:   60 months Bureau of Prisons, 24 months supervised release, DNA collection, comply with state sex offender notification and registration requirements, sex offender treatment, refrain from direct contact with minors without written approval of the probation officer and refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks and playgrounds, prohibition from possessing, subscribing to, or viewing any video magazines or literature depicting children in the nude and/or sexually explicit positions, refrain from possession or use of a computer with access to any online service at any location (including employment) without the written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system, supervision to be administered in district where the defendant is a legal resident and/or district where a suitable release plan has been developed, and $100 special penalty assessment

Type of Supervision:   Supervised release   Date Supervision Commenced: October 17, 2008
Expiration Date: October 16, 2010

Asst. U.S. Attorney: Jane Duke   Defense Attorney: Jenniffer Horan

U.S. Probation Officer: Margaret N. Johnson
Phone No.: 501-604-5249

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

    The defendant shall participate in computer and Internet monitoring programs as required by the probation office and shall abide by all rules and requirements of such programs. He shall provide the probation office before use with accurate information about his entire computer system (hardware and software), internal and external storage devices, Internet service provider, and all user account information and passwords used or intended to be used by the defendant.

Prob 12B                                                                                         Request for Modifying the
                                                -2-                                              Conditions or Terms of Supervision
                                                                                                 with Consent of the Offender

Name of Offender: Robert Kimbal Combs                    Case Number: 4:04CR00021-01 WRW

## CAUSE

Robert Combs purchased a used desktop computer and he agreed to participate in the computer monitoring program to ensure the defendant is not using the Internet Service. The Probation Form 49, Waiver of Hearing to Modify Conditions, was reviewed with him and he agreed to the modification. Defense counsel has no objections to this modification.

_____             _____
Margaret N. Johnson                          Jane Duke
Senior U.S. Probation Officer                United States Attorney

Date: September 14, 2009                     Date: 9/18/09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

11/5/2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

MNJ/jkr

c:  Federal Public Defender, Jennifer Horan, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR 72201
    United States Attorney, Jane Duke, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in computer and Internet monitoring programs as required by the probation office and shall abide by all rules and requirements of such programs. He shall provide the probation office before use with accurate information about his entire computer system (hardware and software), internal and external storage devices, Internet service provider, and all user account information and passwords used or intended to be used by the defendant.

Witness: _____  Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

8/11/09
DATE